**Thomas W. MEREDITH v. Murray BENDER.**

No. 5686.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1931.

Stanley, Horwitz & Kiefer, of Cleveland, Ohio, for appellant.

Squire, Sanders & Dempsey, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed by court order, pursuant to motion of counsel for appellant.

**MEYER, WISE & KAICHEN COMPANY v. UNITED STATES of America.**

No. 5855.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1931.

For opinion below, see 43 F.(2d) 375.

Wallick & Shorb, of Washington, D. C., for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio.

PER CURIAM.

Dismissed by court order, pursuant to agreement of counsel.

**Joe MOCERI v. UNITED STATES of America.**

No. 5824.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1931.

Andrew C. Baird, of Detroit, Mich., for appellant.

John R. Watkins, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Dismissed by court order, pursuant to stipulation of counsel.

**John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco, California, Appellant, v. WONG DOO GOW, Appellee.**

No. 6359.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

Pursuant to stipulation of parties, ordered appeal dismissed; mandate forthwith.